



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:20cr **122** |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(9) |
| v. | ) | Possession of Firearm by Prohibited Person |
| | ) | (Count One) |
| | ) | |
| RYAN J. MILLICAN, | ) | 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2 |
| | ) | False Statement in Acquisition of Firearm |
| *Defendant.* | ) | and Aiding and Abetting |
| | ) | (Count Two) |
| | ) | |
| | ) | 26 U.S.C. §§ 5861(c) and (f) |
| | ) | Possession of Destructive Device |
| | ) | (Count Three) |
| | ) | |
| | ) | 18 U.S.C. §§ 2252A(a)(2)(A) and (b) |
| | ) | Receipt of Child Pornography |
| | ) | (Count Four) |
| | ) | |

# INDICTMENT

NOVEMBER 2020 TERM - At Richmond

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Prohibited Person)

On or about March 8, 2020, through on or about April 25, 2020, in the Eastern District of Virginia and elsewhere within the jurisdiction of this Court, the defendant, RYAN J. MILLICAN, knowing that he had previously been convicted of a misdemeanor crime of domestic violence, to wit: on October 15, 2018, in Henrico County, Virginia, and in violation of Va. Code 18.2-57.2,

1

did knowingly possess a firearm, that is, one Bravo Company Manufacturing Inc., Model BCM4, .556 caliber rifle, serial number A051630, and accompanying ammunition, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(9)).

## COUNT TWO
(Making a False Statement in Connection with the Acquisition of a Firearm)

On or about March 8, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant RYAN J. MILLICAN, in connection with the acquisition of a firearm, to-wit: a Bravo Company Manufacturing Inc., Model BCM4, .556 caliber rifle, serial number A051630, from Green Top Sporting Goods Corporation, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly aided and abetted the making of a false and fictitious written statement to Green Top Sporting Goods, with such statement intended to and likely to deceive Green Top Sporting Goods as to a fact material to the lawfulness of the defendant's acquisition of the firearms under Chapter 44, Title 18, United States Code, in that the defendant aided and abetted the execution of Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473 stating that another person was the actual transferee and buyer of the firearms, when in fact, the defendant was the actual buyer.

(In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2).

## COUNT THREE
(Possession of a Destructive Device)

On or about April 18, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant RYAN J. MILLICAN, knowingly made and possessed a "Molotov

2

Cocktail," which is a destructive device as defined by Title 26, United States Code, Sections 5845(a)(8) and (f)(1), and did not register it in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5861(c), (d) and (f)).

## COUNT FOUR
(Receipt of Child Pornography)

On or about June 14, 2020, in the Eastern District of Virginia, the defendant, RYAN J. MILLICAN, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit, one or more digital files contained on an Apple iPhone, model N841AP, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of either of the offenses charged in Count One and Two of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offenses charged. Property subject to forfeiture includes, but is not limited to, the following:

**One Bravo Company Manufacturing Inc., Model BCM4, 556 caliber rifle, serial number A051630, and accompanying ammunition.**

The defendant is further notified that upon conviction of the offense alleged in Count Four of this Indictment, he shall forfeit any property, real or personal, constituting or traceable to

gross profits or other proceeds obtained from such offense, and/or, any property real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. Property subject to forfeiture includes, but is not limited to, the following:

**Apple iPhone, model N841AP.**

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2253(a)(2) and (3)).

A TRUE BILL

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

**Pursuant to the E-Government Act, the original of this page has been filed UNDER SEAL in the Clerk's Office.**

By: *Peter S. Duffey*
Peter S. Duffey
Assistant United States Attorney