IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  Criminal No.: 3:20cr122

RYAN J. MILLICAN,

    Defendant.

## ORDER

This matter comes before the Court for consideration of a Report and Recommendation of the Magistrate Judge, (ECF No. 62), regarding Magistrate Judge Mark R. Colombell's acceptance of Defendant Ryan J. Millican's plea of guilty to Counts Three and Four of the Indictment. On June 24, 2021, Magistrate Judge Colombell accepted Millican's plea of guilty pursuant to a Federal Rule of Criminal Procedure 11 proceeding conducted with the consent of Millican and counsel.

It appearing that Magistrate Judge Colombell made full inquiry and findings pursuant to Rule 11; that Millican was given notice of the right to file specific objections to the Report and Recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED, (ECF No. 62), and Millican is found guilty of Counts Three and Four of the Indictment.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: July 18, 2021
Richmond, Virginia